# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 1783 Disciplinary Docket No. 3 |
| | : | |
| MADELINE E. SCHWARTZ | : | No. 77 DB 2010 |
| | : | |
| | : | Attorney Registration No. 53888 |
| | : | |
| PETITION FOR REINSTATEMENT | : | (Philadelphia) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of July, 2019, the Petition for Reinstatement is granted. Petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement. *See* Pa.R.D.E. 218(f).